UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 27, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MARVIN OTIS WOODS, ) <br> ) <br> Defendant. ) | Case No. 2:14-CR-00149-MCE <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MARVIN OTIS WOODS__ , Case No. __2:14-CR-00149-MCE__ , Charge __18 USC § 2252(a)(2)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___  Release on Personal Recognizance

  _✔_  Bail Posted in the Sum of $50,000.00

    _✔_  Unsecured Appearance Bond

    ___  Appearance Bond with 10% Deposit

    ___  Appearance Bond with Surety

    ___  Corporate Surety Bail Bond

    _✔_  (Other)   __Pretrial conditions as stated on the record. The Defendant is to be released on 05/28/14 at 9:00 AM to Pretrial Services.__

Issued at __Sacramento, CA__ on __May 27, 2014__ at __2:44 p.m.__

By _/s/ Dale A. Drozd_
    Dale A. Drozd
    United States Magistrate Judge