HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
MARVIN WOODS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:14-cr-149 MCE |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) STATUS CONFERENCE AND EXCLUDING |
| vs. | ) TIME |
| MARVIN WOODS, | ) Date: August 14, 2014 ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for MARVIN WOODS, that the status conference hearing date of July 10, 2014 be vacated, and the matter be set for status conference on August 14, 2014 at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 14, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

/ / /

Dated:  July 8, 2014                         Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             /s/ MATTHEW M. SCOBLE
                                             MATTHEW M. SCOBLE
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             MARVIN WOODS

Dated: July 8, 2014                          BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Matt M. Scoble for Kyle Reardon
                                             KYLE REARDON
                                             Assistant U.S. Attorney

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, the July 10, 2014, status conference is continued to August 14, 2014, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the August 14, 2014, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

    IT IS SO ORDERED.
Dated:  July 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT