

FILED

AUG - 1 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW M. SCOBLE, #237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710
   matthew.scoble@fd.org
5
   Attorney for Defendant
6  MARVIN OTIS WOODS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0149 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF RELEASE |
| vs. | ) **SECOND AMENDED** |
| MARVIN OTIS WOODS, | ) Judge: Hon. Morrison C. England<br>[Hon. Dale A. Drozd] |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Marvin Otis Woods, through their respective attorneys, that the release conditions imposed on Mr. Woods on May 27, 2014, may be modified as set forth below.

Mr. Woods is a geologist by training and has been employed as an engineering geologist with the Department of Water Resources for five years. His work in that capacity requires that he use a computer on a daily basis. Pre-Trial Services has verified the need for Mr. Woods to use a computer at work, and is satisfied that there are sufficient protections, monitors, and safeguards in place to ensure that Mr. Woods can only use his work computer for legitimate, employment related purposes.

//

//

//

Accordingly, the parties agree that the following condition may be modified:

17. You shall not use or possess a computer in your residence. Your wife and your daughter may keep their smartphones in the residence as long as they are password protected.

25. You shall only use your assigned desktop computer at your place of employment for work purposes only.

All other conditions shall remain in force.

Dated: July 31, 2014

          HEATHER E. WILLIAMS
          Federal Defender

          /s/ MATTHEW M. SCOBLE
          MATTHEW M. SCOBLE
          Assistant Federal Defender
          Attorney for Defendant
          MARVIN OTIS WOODS

Dated: July 31, 2014          BENJAMIN B. WAGNER
          United States Attorney

          /s/ Matt M. Scoble for Kyle Reardon
          KYLE REARDON
          Assistant U.S. Attorney

## ORDER

The release conditions previously imposed on Mr. Woods are modified as follows:

17. You shall not use or possess a computer in your residence. Your wife and your daughter may keep their smartphones in the residence as long as they are password protected.

25. You shall only use your assigned desktop computer at your place of employment for work purposes only.

All other conditions remain in effect.

IT IS SO ORDERED.

Dated: August __/__, 2014

          Dale A. Drozd
          United States Magistrate Judge

## SPECIAL CONDITIONS OF RELEASE

Re: Woods, Marvin
No.: 2:14-CR-0149 MCE
Date: July 29, 2014

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are released to the third-party custody of Jessica Woods;

4. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. You shall cooperate in the collection of a DNA sample;

6. Your travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

7. You shall not obtain a passport or other travel documents during the pendency of this case;

8. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

9. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

10. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

13. **CURFEW:** You are restricted to your residence every day from 7:00 p.m. to 7:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

14. Your release on bond shall be delayed until May 28, 2014, at 9:00 a.m., at which time you shall be released by the United States marshals service directly to Pretrial Services;

15. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

16. You shall not access the Internet unless for employment purposes and approved in advance by Pretrial Services. You shall provide proof of the disconnection or termination of the service at your residence as required by the pretrial services officer;

17. ***You shall not use or possess a computer in your residence. Your wife and your daughter may keep their smartphones in the residence as long as they are password protected***;

18. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;

19. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

20. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;

21. You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations;

22. You shall notify your employer of the charges pending against you and the conditions of release which may limit your work-related use of a computer or limit your work activities. Pretrial Services shall contact your employer and obtain verification you have notified your employer of the charges pending against you and the restrictions on your computer usage;

23. You shall provide Pretrial Services with a copy of the State of California (Department of Water Resources) Computer Use Policy each time the policy is updated; and

24. All future employment positions must be approved in advance by Pretrial Services. If employment is approved, you shall provide Pretrial Services with a copy of the company's computer use policy;

25. ***You shall only use your assigned desktop computer at your place of employment for work purposes only.***