BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>MARVIN OTIS WOODS,<br><br>                    Defendant. | CR NO.  2:14-CR-00149 MCE<br>CR NO.  2:15-CR-00032 KJM<br><br>MOTION TO RELATE CASES<br>AND ORDER |

HEREBY, under Local Rule 83-123(3) & (4), the United States notifies the Court of the filing of a related case and the United States further moves that the case be related.

On May 22, 2014 an Indictment was filed initiating case number CR. S-14-0149-MCE against Woods.  This matter, CR. S-14-0149 MCE, was then assigned to the Hon. Morrison C. England, Jr.  The Indictment charged Woods with distribution of child pornography in violation of 18 USC 2252(a)(2) and the Indictment contained a forfeiture allegation under 18 USC 2253(a).

In anticipation of resolution, on February 5, 2015 the United States, by Information in CR S-15-032-KJM, further charged Woods with possession of sexually explicit images of minors in violation of

MOTION TO RELATE AND ORDER                                          1

1  18 USC 2252(a)(4)(B).  As with the Indictment, the Information
2  contains an identical forfeiture allegation under 18 USC 2253(a).
3      The United States submits that the latter case (the Information
4  charging Woods in Cr. S-15-0032 KJM) be related to the prior case,
5  CR. S-14-0149-MCE, and reassigned to the Hon. Morrison C. England,
6  Jr. Each matter involves the same or similar underlying facts,
7  discovery, and potential witnesses.  The United States submits that,
8  through relating the cases, a substantial savings of judicial time
9  and resources of the probation office would be achieved.  Defense
10 counsel for defendant Woods, AFD Matthew Scoble, is in agreement with
11 this motion to relate cases.

13 Dated:                                BENJAMIN B. WAGNER
                                         United States Attorney

15                                       /s/ Michelle Rodriguez
                                         MICHELLE RODRIGUEZ
16                                       Assistant United States Attorney

MOTION TO RELATE AND ORDER                                            2

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO.  2:15-CR-00032 KJM |
| | CR NO.  2:14-CR-00149 MCE |
| Plaintiff, | |
| | ORDER |
| v. | |
| MARVIN OTIS WOODS, | |
| Defendant. | |

    Examination of the above-captioned matters, to wit, (1) case number CR. S-14-0149-MCE against defendant Woods, and (2) CR. S-15-0032 against defendant Woods, reveals that the actions are related within the meaning of Local Rule 83-123.  The actions involve similar transactions, including as to defendant, victims, and witnesses, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge.  No consolidation of the actions is effected.

MOTION TO RELATE AND ORDER                     3

Under the regular practice of this court, related cases are assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions are assigned and related to U.S. District Court Judge England, for all further proceedings.  Henceforth, the caption on documents filed in the cases shall show the initials "MCE".

IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated:   February 11, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT