HEATHER E. WILLIAMS, #122664
Federal Defender
Matthew M. Scoble, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
Marvin Woods

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:14-cr-149 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION HEARING AND TRIAL DATES; EXCLUDE TIME |
| v. | |
| Marvin Woods, | DATE:   August 20, 2015 |
| Defendant. | TIME    9:00 a.m. |
| | JUDGE:  Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Michelle Rodriguez Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew M. Scoble, attorney for Marvin Woods, that the Trial Confirmation Hearing scheduled for July 30, 2015 and the Trial scheduled for August 31, 2015 be vacated and continued to August 20, 2015 and September 28, 2015, respectively, at 9:00 a.m.

Defense counsel requires additional time for trial preparation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including September 28, 2015, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

| | | |
|---|---|---|
| 1 | DATED: June 9, 2015 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | | */s/ Matthew M. Scoble*<br>Matthew M. Scoble<br>Assistant Federal Defender |
| 5 | | |
| 6 | | Attorney for Marvin Woods |
| 7 | DATED: June 9, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Michelle Rodriguez*<br>Michelle Rodriguez<br>Assistant U.S. Attorney |
| 10 | | Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 28, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the July 30, 2015 Trial Confirmation Hearing shall be continued to August 20, 2015 at 9:00 a.m. and the August 31, 2015 Trial shall be continued until September 28, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  June 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT