UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARVIN WOODS,<br><br>　　　　　Defendant. | No.  2:14-cr-00149-MCE<br><br>FINAL PRETRIAL ORDER<br><br>TRIAL DATE: September 30, 2015<br>TIME: 9:00 a.m. |

　　　　A Trial Confirmation Hearing was held on August 20, 2015.  Michele Rodriguez and Sherry Haus appeared as counsel for the United States.  Matthew Scoble appeared as counsel for the Defendant, Marvin Woods.  After hearing, the Court makes the following findings and orders:

I.　　　DATE AND LENGTH OF TRIAL

　　　　A jury trial is scheduled on September 30, 2015, at 9:00 a.m., in courtroom 7. The estimated length of trial is four (4) days.  The Court will permit each side up to one (1) hour for closing arguments unless otherwise specifically ordered by the Court.  The United States of America will be permitted to reserve time for rebuttal purposes but will be required to monitor any time so reserved.

///

///

## II. MOTIONS IN LIMINE

Any motions in limine by either party shall be filed by September 8, 2015. Any opposition to those motions in limine shall be filed by September 14, 2015. Any reply shall be filed by September 21, 2015. Hearing on motions in limine is scheduled on September 24, 2015, at 10:00 a.m., in courtroom 7.

## III. AGREED STATEMENTS - JOINT STATEMENT OF CASE

It is <u>mandatory</u> the parties file a short, jointly-prepared statement concerning the nature of this case that will be read to the jury at the commencement of trial. The joint statement of the case shall include in plain concise language the claims of the United States of America and claims of other parties, if any, and the corresponding Defendant to the claims. The purpose of the joint statement of the case is to inform the jury at the outset what the case is about. The statement must be filed by September 21, 2015.

## IV. WITNESSES

The parties are ordered to file their respective witness lists on September 21, 2015.

Each party may call a witness designated by the other. The parties must expressly reserve the right to call additional witnesses at trial.

## V. EXHIBITS - SCHEDULES AND SUMMARIES

The parties are ordered to file their respective exhibit lists on September 21, 2015. The parties must expressly reserve the right to offer additional exhibits at trial.

The parties must pre-mark all exhibits prior to the commencement of trial. The United States of America's exhibits shall be listed numerically. The Defendant's exhibits shall be listed alphabetically. The parties shall use the standard exhibit labels provided by the Court Clerk's Office. After three letters, note the number of letters in parenthesis (i.e., "AAAA(4)") to reduce confusion during the trial. Exhibit labels must not obstruct any part of the exhibit itself. The exhibit label shall be affixed to the bottom, right corner of each page of an exhibit, or on the back of the exhibit, if needed, to avoid obstruction.

///

1  **All multi-page exhibits shall be stapled or otherwise fastened together and each**
2  **page within the exhibit shall be marked and numbered.**  <u>All photographs MUST be</u>
3  <u>individually marked</u>.

4  Each party may use an exhibit designated by the other.  In the event that The
5  United States of America and the Defendant offer the same exhibit during trial, that
6  exhibit shall be referred to by the designation the exhibit is <u>first</u> <u>identified</u>.  The Court
7  cautions the parties to pay attention to this detail so that all concerned, including the jury,
8  will not be confused by one exhibit being identified by both the United States of America
9  and the Defendant.

10 VI.    PROPOSED JURY INSTRUCTIONS, VOIR DIRE, VERDICT FORM
11        A.    <u>Jury Instructions</u>
12 Counsel shall primarily use the Ninth Circuit Model Jury Instructions and any
13 revisions.  However, instructions or authority may be submitted to the Court for approval.
14 Attached for counsels' review are the Court's standard opening and closing instructions
15 for your use, taken from the Ninth Circuit's Model Jury Instructions.  If counsel has no
16 objections to the Court's use of these opening and closing instructions, counsel need not
17 submit their own opening and closing instructions.

18 The instructions must be filed by September 21, 2015, and shall be identified as
19 the "Jury Instructions Without Objection."

20 All instructions shall be, to the extent possible, concise, understandable, and free
21 from argument.  <u>See</u> Local Rule 163(c).  Parties shall also note that any modifications of
22 instructions from statutory authority, case law or from any form of pattern instructions
23 must specifically state the modification by underlining additions and bracketing deletions.

24        B.    <u>Verdict Form</u>
25 The parties are ordered to file their respective proposed verdict form(s) on
26 September 21, 2015.
27 ///
28 ///

3

C. <u>Voir Dire</u>

The parties are ordered to file their respective proposed voir dire on September 21, 2015. The Court reserves the right to conduct all examination of prospective jurors. Notwithstanding this reservation, the Court will permit each side up to ten (10) minutes to conduct further voir dire, if desired.

D. <u>Submission of Documents to the Court</u>

At the time of filing their respective proposed jury instructions, verdict forms, exhibit and witness lists, counsel shall also electronically mail these filings to the Court, in Microsoft Word format.

**These documents must be sent to: mceorders@caed.uscourts.gov.**

VII. <u>CHOICE NOT TO FILE DOCUMENTS</u>

Should either party choose not to file a trial brief, witness list, exhibit list, proposed voir dire, proposed jury instructions, or proposed verdict forms, that party must notify the Court <u>in writing</u> by September 14, 2015, that it will not be filing such documents.

VIII. <u>AUDIO/VISUAL EQUIPMENT</u>

The parties are required to file electronically a joint request to the Courtroom Deputy Clerk, Stephanie Deutsch, by September 14, 2015, if they wish to reserve and arrange for orientation with all parties on the Court's mobile audio/visual equipment for presentation of evidence. There will be one date and time for such orientation.

Dated: August 21, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT