1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            No.  2:14-cr-00149-MCE

12                  Plaintiff,

13        v.                              **ORDER**

14   MARVIN OTIS WOODS,

15                  Defendant.

16

17        The Court accepts Defendant's waiver of right of jury trial

18   and confirms the request to set this matter for court trial (ECF

19   Nos. 37 and 42).  Accordingly, the September 30, 2015, jury trial

20   is VACATED and this matter is reset for a three (3) day court

21   trial commencing on October 5, 2015, at 9:00 a.m. in courtroom 7.

22        Sections II, IV, V, VII, and VIII of the Court's August 21,

23   2015, Final Pretrial Order (ECF No. 41) are CONFIRMED.

24        IT IS SO ORDERED.

25   DATED:  August 26, 2015

26   _____

27                          MORRISON C. ENGLAND, JR. CHIEF JUDGE
                            UNITED STATES DISTRICT COURT

28

                                     1