BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
SHERRY HAUS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00149-MCE |
| Plaintiff, | |
| v. | **AMENDED MOTION TO DISMISS SUPERSEDING INDICTMENT, MOTION TO VACATE TRIAL; ORDER** |
| MARVIN OTIS WOODS, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the Superseding Indictment against defendant MARVIN OTIS WOODS in the above-captioned matter.

On September 9, 2015, the United States received a report confirming that the defendant passed away on September 7, 2015.  Accordingly, federal prosecution is no longer warranted.

///

///

///

///

1  The United States also asks that the HEARING ON MOTIONS IN LIMINE IN
2  ADVANCE OF TRIAL set for September 24, 2015, be vacated.
3
4  DATED: September 10, 2015        Respectfully submitted,

   BENJAMIN B. WAGNER
   United States Attorney

   By:  */s/ Michelle Rodriguez*
   MICHELLE RODRIGUEZ
   Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00149-MCE |
| Plaintiff, | |
| v. | |
| MARVIN OTIS WOODS, | **ORDER** |
| Defendant. | |

The United States' motion to dismiss the pending Superseding Indictment against defendant MARVIN OTIS WOODS in case number 2:14-CR-00149 MCE is GRANTED. The hearing set for September 24, 2015, and trial scheduled to commence on September 30, 2015, are hereby VACATED.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT